UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LEON SHIELDS, | ) | 2:11-CV-02093-PMP-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AIRBORNE VETERANS SERVICES, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #15) filed March 15, 2012. Although Plaintiff filed a document titled "Motion to Proceed and Request for Oral Argument" (Doc. #19) on March 27, 2012, that filing does not respond to the merits of Defendants' Motion to Dismiss, nor does it warrant oral argument in this matter. For the reasons set forth in Defendants' Motion to Dismiss (Doc. #15), the Court finds that Plaintiff's Complaint must be dismissed for failure to state a claim upon which relief can be granted, in accord with Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. #15) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge